IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GALINA BEZINSKAYA,

        Plaintiff,                        CIV S-10-1150 KJM

    vs.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

/////

1

1    4. Within fourteen days from the date of this order, plaintiff shall submit to the
2 United States Marshal a completed summons and copies of the complaint and file a statement
3 with the court that said documents have been submitted to the United States Marshal.
4    5. The United States Marshal is directed to serve all process without prepayment
5 of costs not later than sixty days from the date of this order.  Service of process shall be
6 completed by delivering a copy of the summons and complaint to the United States Attorney for
7 the Eastern District of California, and by sending a copy of the summons and complaint by
8 registered or certified mail to the Attorney General of the United States at Washington, D.C.  See
9 Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and
10 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
11 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  See
12 Fed. R. Civ. P. 4(i)(2).

DATED: July 22, 2010.

_____
U.S. MAGISTRATE JUDGE

006
bezinskaya.ifp

2