1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **GALINA BEZINSKAYA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| GALINA BEZINSKAYA, | No.  2:10-CV-01150-GGH(TEMP) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 2, 2011.

   This is the first extension.

Dated: February 22, 2011                       /s/   Jesse S. Kaplan
                                               JESSE S. KAPLAN
                                               Attorney  for  Plaintiff


Dated: February 22, 2011                       /s/ per e-mail authorization

                                               LESLIE ALEXANDER
                                               Special Assistant U.S. Attorney
                                               Attorney for Defendant

1

ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to March 2, 2011.

SO ORDERED.

Dated: March 1, 2011          /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE